7-73

Warrant for Arrest of Defendant (Rev. 7-52)

Cr. Form No. 12

RECEIVED
JUL 11 1 44 PM '73
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

# United States District Court

FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ISRAEL CASTRO-FELIZ

73CR15555-L
No. 15555

FILED
MAY 30 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

To[1] any U.S. Marshal or any other authorized officer:

You are hereby commanded to arrest ISRAEL CASTRO-FELIZ and bring him forthwith before the United States District Court for the Southern District of California in the city of San Diego to answer to an Indictment charging him with

---Escape---

in violation of 18 USC 751.

DATE 4/22/08
ARRESTED BY USMS, El Paso TX
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY

Dated at San Diego, California
on July 11, 1973

WILLIAM W. LUDDY
Clerk.

By R. G. ROSALES Deputy Clerk.

Bail fixed at $ NO BAIL

RETURN

District of ss

Received the within warrant the day of 19 and executed same.

..........................................

By ..........................................

[1] Insert designation of officer to whom the warrant is issued, e. g., "any United States Marshal or any other authorized officer"; or "United States Marshal for ............ District of ............"; or "any United States Marshal"; or "any Special Agent of the Federal Bureau of Investigation"; or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation"; or "any agent of the Alcohol Tax Unit."