KAREN P. HEWITT
United States Attorney
DAVID D. LESHNER
Assistant United States Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7163
Email: david.leshner@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISRAEL CASTRO-FELIZ (13),<br><br>Defendant. | Criminal Case No. 73-CR-15555-L<br><br>UNITED STATES' MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE AS TO DEFENDANT ISRAEL CASTRO-FELIZ |

COMES NOW, the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney and David D. Leshner, Assistant United States Attorney, and hereby moves to dismiss without prejudice the indictment against defendant Israel Castro-Feliz only.

DATED: June 5, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ David D. Leshner
DAVID D. LESHNER
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ISRAEL CASTRO-FELIZ (13),<br>Defendant. | Criminal Case No. 73-CR-15555-L<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, David D. Leshner, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the UNITED STATES' MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE AS TO DEFENDANT ISRAEL CASTRO-FELIZ on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

Holly Hanover, Esq.

Attorney for Defendant Israel Castro-Feliz

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2008.

/s/ David D. Leshner

DAVID D. LESHNER