UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ISRAEL CASTRO-FELIZ (13),<br>Defendant. | ) | Criminal Case No. 73-CR-15555-L<br><br>ORDER GRANTING UNITED STATES' MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE AS TO DEFENDANT ISRAEL CASTRO-FELIZ |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the indictment against Defendant Israel Castro-Feliz be dismissed without prejudice.

IT IS SO ORDERED.

DATED: June 5, 2008

M. James Lorenz
United States District Court Judge